

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2015

No. 04-15-00037-CV

James W. **MYART**, Jr.,
Appellant

v.

Deborah **MURDOCK**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2015CV00334
Jason W. Wolff, Judge Presiding

## O R D E R

On January 29, 2015, James Myart filed a pro se notice stating his intent to appeal a judgment of the trial court signed January 23, 2015. Myart also filed an affidavit of indigence. We **order** the clerk of this court to send copies of the motions, affidavit, and this order to the trial court clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2).

We further give notice that the deadline for filing a contest to the affidavit of indigence is February 13, 2015. **Any contest must be filed in this court**. *See* TEX. R. APP. P. 20.1(e)(1).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court